# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chadwick Reilly,<br><br>  Plaintiff,<br><br>v.<br><br>Lorence Jove,<br><br>  Defendant. | No. CV-15-00097-TUC-JGZ (DTF)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge D. Thomas Ferraro that recommends granting Defendant Lorence Jove's Motion for Summary Judgment and dismissing the Complaint. (Doc. 31.) As explained by Magistrate Judge Ferraro, the undisputed material facts show that Defendant Jove had sufficient probable cause to pursue and arrest Plaintiff Reilly on August 7, 2013, and that Defendant Jove did not use excessive force against Plaintiff in the pursuit or in the struggle to detain and arrest Plaintiff.

No objection to the Report and Recommendation was filed by Plaintiff. The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). Based upon the undisputed facts, summary judgment is appropriately entered on all of Plaintiff's claims.

//

1     Accordingly, IT IS HEREBY ORDERED as follows:
2     1.   The Report and Recommendation (Doc. 31) is accepted and adopted;
3     2.   Defendant Jove's Motion for Summary Judgment (doc. 28) is GRANTED;
4     3.   The Clerk of the Court shall dismiss the Complaint (doc. 1) and close the case.

      Dated this 9th day of August, 2016.

                                             _____
                                             Honorable Jennifer G. Zipps
                                             United States District Judge